

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

*ROBERT FRAZER*
*UNITED STATES ATTORNEY*

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      *main:  (973) 645-2700*
*Newark, NJ 07102*                 *direct: (973) 645-2761*
*Margaret.ann.mahoney@usdoj.gov*

August 6, 2026

<u>**Via Electronic Filing**</u>
Hon. Claire C. Cecchi, U.S.D.J.
U.S. Post Office & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 08101

> Re:   *Guayllasaca Guaman v. Lyons, et al.,* **No. 26-9640 (CCC)**
>       **Update Regarding Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). On July 31, 2026, this Court filed a Text Order, ECF No. 3, ordering the release of Petitioner within 48 hours of the filing of ECF No. 3. We respectfully submit this letter to inform the Court that on August 6, 2026, at 10:23 a.m. ICE informed this Office that Petitioner was released from ICE detention on August 2, 2026, at 5:30 p.m. under the same conditions that existed prior to his detention.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Margaret Ann Mahoney*
      MARGARET ANN MAHONEY
      Assistant United States Attorney
      *Attorneys for Respondent*

In light of Petitioner's release, the
Clerk's Office shall close this matter.

SO ORDERED

___s/Claire C. Cecchi___
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/13/2026